The application of the above-named defendant for a review of the sentence of 30 years for Mitigated Deliberate Homicide plus 5 years for the use of a weapon; to be served consecutively, DANGEROUS OFFENDER STATUS, imposed on March 12, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed, however, the DANGEROUS DESIGNATION shall be removed.

This Board finds nothing in the record that would determine this Petitioner a Dangerous Offender.

We wish to thank Amy Guth of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. STEVEN K. ROSTEN, Defendant.

### DECISION

No. CDC-86-216

The application of the above-named defendant for a review of the sentence of 20 years with 10 years suspended to be served concurrently to all other sentences imposed 6/26/87, for Forgery. Plus restitution of $3,790.15 within 2 years from date of release; $20.00 surcharge. Plus 5 years for Persistent Felony Offender to be served consecutively, imposed on June 26, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Brant Light, Deputy County Attorney, from Cascade County for appearing before the Sentence Review Board.

We wish to thank Gregg Smith of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Twentieth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. JOHN PATRICK WEASELHEAD, Defendant.

DECISION

No. DC-86-112

The application of the above-named defendant for a review of the sentence for Count I, 5 years for Burglary; Count III, 6 years with 1 year suspended for Burglary; to be served consecutively; $616.50 in restitution to be paid before the 11th month of defendant's one year probation. Defendant may released early if restitution is paid in full, imposed on January 14, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board deplores the absence of a Presentence Report and recommends that all Sentencing Judges have a PSI prepared.

We wish to thank Bonnie Combes of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighteenth Judicial District, County of Gallatin, STATE OF MONTANA, Plaintiff vs. ERNEST "JIGGS" ELLIOTT, Defendant.

DECISION

No. DC-87-05

The application of the above-named defendant for a review of the sentence for Count I, 25 years for Criminal Sale of Dangerous Drugs; Count II, 25 years for Conspiracy to Sell Drugs; to be served concurrently; and concurrent to any sentence imposed in Cause No. DC-86-16A imposed on March 26, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 15 years on each count to be served concurrently to each other and concurrent to any sentence imposed in Cause No. DC-86-16A

Reasons for the amendment are:

(1) 25 years is excessive under the circumstances; and

(2) The original sentence was disproportionate to what the other Co-Defendants received.

HONORABLE DOUGLAS HARKIN DISSENTS; He would have amended the sentence to 20 years.

We wish to thank Marty Lambert, Deputy County Attorney from Gallatin County for appearing before the Sentence Review Board.

We wish to thank Steve Ungar, Attorney at Law from Bozeman, for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.